**Order entered April 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00141-CV**

**IN RE IRVING LONG TERM CARE, LLC D/B/A LAS BRISAS**
**REHABILITATION & WELLNESS SUITES AND THI OF TEXAS, LLC,**
**Relators**

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-12843-K**

**ORDER**
Justices Molberg, Partida-Kipness, and Reichek

It has come to our attention that two of the defendants have removed the underlying suit to the United States District Court for the Northern District of Texas through the filing of a March 17, 2021 notice of removal in the trial court. Pursuant to 28 U.S.C. §1446(d), once removal is effected, "the State court shall proceed no further unless and until the case is remanded." 28 U.S.C. §1446(d); *see Meyerland Co. v. Fed. Deposit Ins. Co,* 848 S.W.2d 82, 83 (Tex. 1993).

Accordingly, for administrative purposes, this original proceeding is **ABATED**. It may be reinstated on prompt motion by any party showing that the

case has been remanded and specifying what further action, if any, is required from this Court.

/s/    KEN MOLBERG
       JUSTICE